BANK OF NEW YORK AND TRUST COMPANY, as Trustee under the Will of JONATHAN T. GARDINER, Deceased, Appellant, *v.* IDA L. GARDINER et al., as Executors of LION GARDINER, Deceased, Respondents.

Argued January 11, 1939; decided February 21, 1939.

*George W. Martin* and *Robert N. Errington* for appellant. *John S. V. Kilmartin* and *Harry G. Stephens* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ. Dissenting: FINCH, J.